# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

FILED



2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____

UNITED STATES OF AMERICA )
)
v. ) CR.S. 06-169 FCD
)
JULIAN ALBERTO ESPINOZA-VASQUEZ )

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
( X ) Ad Prosequendum ( ) Ad Testificandum.

Name of Detainee: JULIAN ALBERTO ESPINOZA-VASQUEZ

Detained at (custodian): CSP CALIPATRIA

Detainee is: a.) (X) charged in this district by:
(X) Indictment ( ) Information ( ) Complaint
Charging Detainee With: Deported Alien Found in the United States

or b.) ( ) a witness not otherwise available by ordinary process of the Court

Detainee will: a.) ( ) return to the custody of detaining facility upon termination of proceedings
or b.) (X) be retained in federal custody until final disposition of federal charges, as a sentence
is currently being served at the detaining facility

*Appearance is necessary* **FORTHWITH** *in the Eastern District of California.*

Signature: /s/ Michael M. Beckwith
Printed Name & Phone No: MICHAEL M. BECKWITH/916-554-2797
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS
(X) Ad Prosequendum ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

4/25/06
Date _____

_____
United States District/Magistrate Judge

Please provide the following, if known:

AKA(s) (if applicable): Julian Espinoza, Julio Cesar Espinoza    Male X    Female
Booking or CDC #: V20618    DOB: _____
Facility Address: 7108 Blair Road    Race: _____
Calipatria, CA 92233    FBI #: 217935DC0
Facility Phone: 760-348-7000
Currently Incarcerated For: _____

------------------------------------------------------------

## RETURN OF SERVICE

Executed on _____ by _____    _____
(Signature)