```
 1  DANIEL BORDERICK, Bar #89424
    Acting Federal Defender
 2  LINDA HARTER, Bar # 179741
    Chief Assistant Federal Defender
 3  801 I  Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    JULIAN ESPINOZA-VASQUEZ
 6

 7

 8                  IN THE UNITED STATES DISTRICT COURT

 9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,      )  No. CR-S-06-169 FCD
                                   )
12              Plaintiff,         )
                                   )  STIPULATION AND ORDER
13       v.                        )
                                   )
14  JULIAN ESPINOZA-VASQUEZ,       )  Date: July 17, 2006
                                   )  Time: 9:30 a.m.
15              Defendant.         )  Judge: Frank C. Damrell
                                   )
16  _____  )

17
```

18      It is hereby stipulated between the parties, Michael Beckwith,

19 Assistant United States Attorney, attorney for Plaintiff, and Linda

20 Harter, attorney for defendant, JULIAN ESPINOZA-VASQUEZ, as follows:

21      It is agreed that the current Status Conference date of June 5,

22 2006 be vacated and a new status conference date of July 17, 2006 at

23 9:30 a.m. be set.

24      Defense counsel has just been assigned this case and will be out

25 of the district until after June 5, 2006.  A continuance is requested

26 to allow additional time to prepare, to conduct a factual

27 investigation, and to review recently received discovery with Mr.

28 Espinoza-Vasquez upon her return to the office.

1  It is further stipulated and agreed between the parties that the
2 period beginning June 5, 2006 through and including July 17, 2006
3 should be excluded in computing the time within which the trial of the
4 above criminal prosecution must commence for purposes of the Speedy
5 Trial Act for defense preparation.  All parties stipulate and agree
6 that this is an appropriate exclusion of time within the meaning of
7 Title 18, United States Code, Section 3161(h)(8)(B)(iv) and Local Code
8 T4.
9 Dated: May 26, 2006

Respectfully submitted,

DANIEL BRODERICK
Acting Federal Defender

/s/ Linda C. Harter
_____
LINDA C. HARTER
Chief Assistant Federal Defender
Attorney for Defendant
JULIAN ALBERTO ESPINOZA-VASQUEZ

Dated: May 26, 2006                MCGREGOR W. SCOTT
                                   United States Attorney

/s/ Michael Beckwith
_____
MICHAEL BECKWITH
Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**

Dated: May 30, 2006

/s/ Frank C. Damrell Jr.
FRANK C. DAMRELL JR.
U.S. District Court Judge

Stipulation and Proposed Order       2